[No. 6971–7–II.   Division Two.   May 20, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MELVIN DAY, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 82–1–00277–5, Gerry L. Alexander, J., entered January 13, 1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Petrich, JJ.

[No. 6507–0–II.   Division Two.   May 21, 1985.]

*In the Matter of the Marriage of* MARJORIE JEAN OLSON, *Appellant, and* GILBERT ANDREW OLSON, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 81–3–00673–7, Orris L. Hamilton, J. Pro Tem., entered July 20, 1982. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Reed, J.

[No. 6864–8–II.   Division Two.   May 21, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY LEE ROSE, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 82–1–00158–1, John W. Schumacher, J., entered January 14, 1983. *Dismissed* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Alexander, J.